JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK CUNNINGHAM, an individual, | Case No. 8:25-cv-00147-JWH-DFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| THE COUNTY OF LOS ANGELES, LOS ANGELES POLICE DEPARTMENT, GERALD J. GIBSON, individually and as a peace officer, JACOB ARABO a/k/a JACOB THE JEWELER, individually, MARIAH CAREY, individually, DWEN CURRY, individually, and DOES 1-99, inclusive, | |
| Defendants. | |

Pursuant to the "Order Granting Defendants' Motions for Judgment on the Pleadings [ECF Nos. 33 & 35]" filed substantially contemporaneously herewith, and in accordance with Rules 12(c) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 1367(a).

2. Fictitiously named Defendants Does 1-99 are **DISMISSED.**

3. Defendants Jacob Arabo a/k/a Jacob the Jeweler, Mariah Carey, and Dwen Curry are **DISMISSED.**

4. The operative pleadings are the Complaint of Plaintiff Rick Cunningham [ECF No. 1], the Answer of Defendants Los Angeles Police Department and Gerald J. Gibson [ECF No. 22], and the Answer of Defendant County of Los Angeles [ECF No. 25].

5. Defendants Los Angeles Police Department, Gibson, and the County of Los Angeles shall have **JUDGMENT** in their favor, and against Plaintiff Rick Cunningham. Plaintiff shall take nothing by way of his Complaint. This action is **DISMISSED.**

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 1, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE